In the Matter of the Claim of BLAIR LINK, Respondent, against GEORGE KENNEDY et al., Appellants. THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 24, 1931; decided April 7, 1931.)

*Rollin B. Sanford* and *John T. De Graff* for appellants.
*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

In the Matter of the Claim of CATHERINE FRONCE against THE PROSPERITY COMPANY, INC., et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted March 30, 1931; decided April 7, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 613.)